UNITED STATES of America,
Plaintiff—Appellee,

v.

Scott Stephen JAHN, Defendant—
Appellant.

No. 00–50156.

D.C. No. CR–99–00164–H.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 12, 2001.

Decided April 11, 2001.

Before FERGUSON, TASHIMA and
FISHER, Circuit Judges.

ORDER

Appellant's unopposed "Motion for Limited Return of Jurisdiction to the District Court for Resentencing and for Conditional Withdrawal of Appeal", filed March 26, 2001, is GRANTED. This case is REMANDED to the district court for it to consider the parties' agreement, and for such further sentencing proceedings as it deems proper. Upon the conclusion of any further proceedings in the district court, the parties shall promptly notify this court of the result of such proceedings, and whether they agree that this appeal should be dismissed.

* The panel unanimously finds this case suitable for decision without oral argument. Fed.

Pending such notice by the parties, the submission of this case for decision is VACATED.